**Petition for Writ of Mandamus Denied and Corrected Memorandum Opinion filed May 19, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00346-CR

### IN RE DAVID LEE JOHNSON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**339th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1349794**

---

## CORRECTED MEMORANDUM OPINION

On April 15, 2015, relator David Lee Johnson filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Maria T. Jackson, presiding judge of the 339th District Court of Harris County, and the Harris County District Clerk to: 1) produce video recordings from the courtroom and holding cell where relator negotiated his plea bargain; and

2) provide relator with the reporter's record and supplemental clerk's record from the plea hearing where relator pleaded guilty and was sentenced.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).